UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV49-RJC-DCK

| KEITH BAILEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BULLHEAD INVESTMENTS, LLC, | ) | |
| and BROCK & SCOTT, PLLC, | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon its own motion.

On March 19, 2010, the parties advised the Court that they had settled, and the parties were notified to file an agreement for entry of judgment or a stipulation of dismissal within 30 days or the Court would dismiss the case without prejudice. (Doc. No. 4). The parties failed to file the requisite stipulation within the 30 days. **IT IS, THEREFORE, ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Signed: April 29, 2010

Robert J. Conrad, Jr.
Chief United States District Judge