# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Keith Bailey,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:10cv49

Bullhead Investments LLC,
and Brock & Scott, PLLC.

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2010 Order.

Signed: April 29, 2010

Frank G. Johns, Clerk
United States District Court